

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00033-CV

Michael J. **FRENCH**,
Appellant

v.

**NEW HAMPSHIRE INSURANCE COMPANY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-15641
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Michael J. French. *See* TEX. R. APP. P. 43.4.

SIGNED April 20, 2016.

_____
Patricia O. Alvarez, Justice